# In the United States Court of Federal Claims

No. 22-627T
(Filed: August 11, 2022)
**NOT FOR PUBLICATION**

```
***************************************
JENNIFER GOODWIN,                      *
                                       *
              Plaintiff,               *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
              Defendant.               *
                                       *
***************************************
```

## ORDER

Ms. Jennifer Goodwin, proceeding *pro se*, filed this civil action against the United States of America. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees—a $350.00 filing fee plus a $52.00 administrative fee—or request authorization to proceed without prepayment of fees by submitting a signed application to proceed *in forma pauperis* ("IFP"). *See* 28 U.S.C. §§ 1914, 1915.

Ms. Goodwin submitted her complaint without the filing fees or a completed IFP application. In an order dated July 6, 2022, this Court ordered Ms. Goodwin to either pay the $402.00 in required fees or submit an IFP application within thirty days. *See* Order (ECF 7). To date, Ms. Goodwin has failed to comply with this Court's previous order.

This Court may dismiss a case for failure to prosecute when the plaintiff "fails … to comply with these rules or a court order." RCFC 41(b). Here, Plaintiff's failure to comply with an order directing her to pay the filing fee or establish grounds for proceeding *in forma pauperis* justifies dismissal. *See, e.g.*, *Bryant v. United States*, 618 F. App'x 683, 686 (Fed. Cir. 2015) ("If a party fails to pay the requisite filing fee, despite adequate notice and ample opportunity to do so, the Claims Court acts within its discretion when it dismisses the action."). As a result, this action is dismissed without prejudice for failure to prosecute under Rule 41 of the Rules of the United States Court of Federal Claims.

- 2 -

The Clerk of the Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

<u>s/ Stephen S. Schwartz</u>
STEPHEN S. SCHWARTZ
Judge